UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

J<small>ERRY</small> D<small>ON</small> J<small>OHNSON</small>,

        Plaintiff,           Case No. 2:20-cv-202

v.                              Honorable Paul L. Maloney

P. S<small>UPNICK</small> et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   October 23, 2020                   /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge